IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00626-PSF-BNB

ELECTRONIC PAYMENT SYSTEMS, LLC, a Colorado corporation,

    Plaintiff,

v.

CARDSYSTEMS SOLUTIONS, INC., a Virginia corporation;
PAY BY TOUCH PAYMENT SOLUTIONS, LLC, a Delaware limited
liability company; and
PAY BY TOUCH PROCESSING, INC.,

    Defendants.

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

    Defendants' Motion for Protective Order (Dkt. # 17) is DENIED. The motion, opposing a 90-minute extension of time to submit agreed upon discovery due to a claimed computer problem, is at best borderline frivolous and unprofessional.

    DATED: April 17, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge