IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 06-cv-00626-PSF-BNB

ELECTRONIC PAYMENT SYSTEMS, LLC, a Colorado corporation,

    Plaintiff,

v.

CARDSYSTEMS SOLUTIONS, INC., a Virginia corporation;
PAY BY TOUCH PAYMENT SOLUTIONS, LLC, a Delaware limited
liability company, and
PAY BY TOUCH PROCESSING, INC.,

    Defendants.

---

**ORDER GRANTING JOINT MOTION PURSUANT TO
FED.R.CIV.P. 21 TO ADD PARTY DEFENDANT**

---

This matter having come before the Court on the Joint Motion Pursuant to Fed.R.Civ.P.21 to Add Party Defendant (Dkt. # 16), the Court having reviewed the Joint Motion, the file and being fully advised, it is hereby

ORDERED that Pay By Touch Processing, Inc. is added as a party defendant and that the caption should reflect Pay By Touch Processing, Inc. as a defendant.

DATED: April 17, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge